UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN, | No. 2:20-cv-1709 AC P |
| Plaintiff, | |
| v. | ORDER |
| A. REILLY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has moved to compel a settlement agreement. ECF No. 15. The court cannot require parties to settle a case and the motion will therefore be denied. To the extent plaintiff may be attempting to request a settlement conference, the request will also be denied at this time. If, on screening, the court determines that plaintiff has stated cognizable claims and defendants are served, this case will be referred to the Post-Screening ADR Project for a settlement conference unless defendants choose to opt out of the program.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel a settlement agreement, ECF No. 15, is DENIED.

DATED: September 30, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE