1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONNIE CHEROKEE BROWN,                      No.  2:20-cv-1709 WBS AC P

12              Plaintiff,

13         v.                                      ORDER

14    A. REILLY, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  On November 5, 2021, the undersigned screened the complaint and found that

19    plaintiff had sufficiently stated a claim for excessive force against defendants Hood, Reilly,

20    Gonzales, and Phillips, but that he had not stated any other claims against them and had failed to

21    state any claims against defendant Dina.  ECF No. 27.  Plaintiff was given the option of (1)

22    proceeding on his excessive force claim and voluntarily dismissing all other claims against Hood,

23    Reilly, Gonzales, and Phillips and all claims against Dina, or (2) amending the complaint.  Id. at

24    9.

25         In response to the screening order, plaintiff has filed both objections to the screening that

26    make additional allegations related to retaliation, ECF No. 31, and a notice stating that he would

27    like to proceed on the complaint as screened and voluntarily dismiss without prejudice all claims

28    except his excessive force claim against Hood, Reilly, Gonzales, and Phillips, ECF No. 30.  It is

                                                  1

therefore unclear whether plaintiff wants to proceed on the complaint as screened, amend the

complaint to add additional allegations related to retaliation, or stand on the original complaint.

Because plaintiff has provided conflicting responses, he will need to clarify for the court how he

wishes to proceed.  Plaintiff has the following three options:

1.  Plaintiff may proceed on the complaint as screened.  This means that the case will go

   forward on plaintiff's excessive force claim against defendants Hood, Reilly,

   Gonzales, and Phillips only, and plaintiff will be voluntarily dismissing without

   prejudice all other claims against defendants Hood, Reilly, Gonzales, and Phillips and

   all claims against defendant Dina.

2.  Plaintiff may amend the complaint.  This means that plaintiff will be given an

   opportunity to file an amended complaint to add additional facts in order to attempt to

   state additional claims for relief.

3.  Plaintiff may stand on the original complaint.  This means that plaintiff believes the

   allegations in his original complaint, without any additional information, are sufficient

   to state a claim for relief and that he does not want to amend the complaint.  If plaintiff

   chooses this option, the undersigned will convert the screening order to findings and

   recommendations and recommend that all claims against defendant Dina and all

   claims against defendants Hood, Reilly, Gonzales, and Phillips, except the excessive

   force claim, be dismissed for failure to state a claim.  Plaintiff will then have an

   opportunity to file objections to the findings and recommendations, which the district

   judge will consider before deciding whether to adopt them.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this

order, plaintiff shall complete and return the attached form notifying the court how he wants to

proceed.  If plaintiff does not return the form, the court will assume that he is choosing to stand

on the original complaint and will recommend dismissal without prejudice of all claims against

////

////

////

2

1   defendant Dina and all claims against defendants Hood, Reilly, Gonzales, and Phillips, except the

2   excessive force claim.

3   DATED: November 17, 2021

4   _____
    ALLISON CLAIRE
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>         Plaintiff,<br><br>    v.<br><br>A. REILLY, et al.,<br><br>         Defendants. | No.  2:20-cv-1709 WBS AC P<br><br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on his excessive force claim against defendants

Reilly, Hood, Phillips, and Gonzales without amending the complaint.  Plaintiff

understands that by going forward without amending the complaint he is voluntarily

dismissing without prejudice all other claims against defendants Reilly, Hood, Phillips,

and Gonzales and all claims against defendant Dina pursuant to Federal Rule of Civil

Procedure 41(a).

\_\_\_\_\_ Plaintiff wants to amend the complaint.

\_\_\_\_\_ Plaintiff believes the allegations in the original complaint are sufficient and wants to stand

on the original complaint without amendment.

DATED:_____

_____
Ronnie Cherokee Brown
Plaintiff pro se

1