UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE CHEROKEE BROWN,

    Plaintiff,

  v.

A. REILLY, et al.,

    Defendant.

No.  2:20-cv-1709 WBS AC P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 5, 2021, the magistrate judge filed a combined screening order and findings and recommendations which recommended denial of plaintiff's motion for preliminary injunction.  ECF No. 27.  The order and findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  Id. at 10.  Plaintiff has filed objections to the screening of his complaint,[1] ECF No. 31, but has not filed objections to the findings and recommendations

---

[1] Plaintiff has since clarified that he is seeking to proceed on the complaint as screened.  ECF No. 34.

1

1  recommending that his motion for preliminary injunction be denied.[2]

2  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 5, 2021, ECF No. 27, are adopted in full; and

2. Plaintiff's motion for preliminary injunction, ECF No. 19, is denied as moot.

Dated:  December 20, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/brow1709.804

---

[2]  Plaintiff has filed a new motion for temporary restraining order or preliminary injunction that seeks different relief and will be addressed by the court in due course.