UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN, | No. 2:20-cv-1709 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| A. REILLY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2022, the magistrate judge filed findings and recommendations which recommended denying plaintiff's motions for preliminary injunction. ECF No. 68. The findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Id. at 3-4. Neither party has filed objections to the findings and recommendations. However, plaintiff has filed another motion for preliminary injunction reiterating his claims. ECF No. 69.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed July 6, 2022 (ECF No. 68), are adopted in full.

2. Plaintiff's motions for preliminary injunction (ECF Nos. 32, 40, 54, 69) are DENIED.

3. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

Dated:  September 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Brow1709.801

Brow1709.801