1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONNIE CHEROKEE BROWN,                    No.  2:20-cv-1709 WBS AC P

12                   Plaintiff,

13        v.                                    ORDER

14   A. REILLY, et al.,

15                   Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18   § 1983, has filed a motion for appointment of counsel.  ECF No. 76.  In his motion, plaintiff

19   asserts that he is currently unable to respond to defendants' requests for production or otherwise

20   pursue this case because he is being denied access the law library, legal paging service, and his

21   legal materials due to being housed in a mental health crisis bed.  Defendants will be required to

22   respond to these allegations.

23        Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this

24   order, defendants shall respond to plaintiff's allegations that he is being denied access to the law

25   library, legal paging service, and legal paperwork.

26   DATED: October 19, 2022

27   _____

     ALLISON CLAIRE

28   UNITED STATES MAGISTRATE JUDGE