IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE CHEROKEE BROWN,** | Case No. 2:20-cv-1709 WBS AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **A. REILLY, et al.,** | |
| Defendants. | |

The Court has read and considered the Defendants' motion to modify the Discovery and Scheduling Order. Good cause appearing, the Court grants the motion (ECF No. 84). The parties shall complete discovery by January 16, 2023, and file dispositive motions on or before April 10, 2023. All other provisions of the Discovery and Scheduling Order (ECF No. 71) remain in full force and effect.

**IT IS SO ORDERED**.

DATED: November 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE