UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>     Plaintiff,<br><br>  v.<br><br>A. REILLY, et al.,<br><br>     Defendants. | No. 2:20-cv-1709 WBS AC P<br><br><br>ORDER |

     Defendants have filed a second motion to modify the July 29, 2022 Discovery and Scheduling Order.  Good cause appearing, IT IS HEREBY ORDERED that:

     1. Defendants' motion to modify the July 29, 2022 Discovery and Scheduling Order (ECF No. 94) is GRANTED; and

     2. The parties shall complete discovery by March 17, 2023, and file dispositive motions on or before June 9, 2023.  All other provisions of the July 29, 2022 order (ECF No. 71) remain in full force and effect.

DATED: January 3, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE