IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE CHEROKEE BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**A. REILLY, et al.,**<br><br>Defendants. | Case No. 2:20-cv-1709 WBS AC P<br><br>[~~PROPOSED~~] **ORDER GRANTING EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION** |

**GOOD CAUSE APPEARING,** defendants' motion for administrative relief to extend time to file an opposition to plaintiff's Motions for Attendance of Incarcerated Witness (ECF No. 134) is GRANTED.

Defendants shall file an opposition, if appropriate, to plaintiff's Motions for Attendance of Incarcerated Witness (ECF Nos. 130 and 131) on or before October 17, 2023.

DATED: October 3, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE