# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br>            Plaintiff,<br>v.<br><br>A. REILLY, et al.,<br>            Defendants.<br>_____/ | No. 2:20-cv-1709 WBS AC P<br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

Ronnie Cherokee Brown, CDCR # P-17249, a necessary and material participant in a trial readiness conference in this case on January 22, 2024, is confined in Kern Valley State Prison in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge William B. Shubb, by Zoom video conference from his place of confinement, on Monday, January 22, 2024, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in an informal discovery conference at the time and place above, until completion of the informal discovery conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661)720-4949 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Karen Kirksey Smith, Courtroom Deputy, at kkirkseysmith@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Kern Valley State Prison, P.O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Shubb at the time and place above, by Zoom video conference, until completion of the trial readiness conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE