## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br>    Plaintiff,<br>v.<br>A. REILLY, et al.,<br>    Defendants. | No. 2:20-cv-1709 WBS AC P<br><br>**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Ronnie Cherokee Brown, CDCR # P-17249, a necessary and material participant in a **trial readiness conference** in this case on January 22, 2024, is confined in Kern Valley State Prison in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before the Honorable William B. Shubb, 14th Floor, Courtroom 5, United States District Courthouse, 501 I Street, Sacramento, California, on January 22, 2024, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Kern Valley State Prison, P.O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 21, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE