1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10                                ----oo0oo----

11

12   RONNIE CHEROKEE BROWN,              No. 2:20-cv-1709 WBS AC

13                Plaintiff,

14       v.                             ORDER

15   A. REILLY, et al.,

16                Defendants.

17

18                                ----oo0oo----

19          Pursuant to Local Rule 302(c)(21), this case is hereby

20   referred to the assigned magistrate judge, Judge Allison Claire,

21   for all further pretrial proceedings consistent with the

22   provisions of the rule, including the trial readiness conference

23   set for January 22, 2024, and the issuance of any orders in

24   connection with that conference.

25          IT IS SO ORDERED.

26   Dated:   January 12, 2024

     WILLIAM B. SHUBB
27   UNITED STATES DISTRICT JUDGE

28

                                        1