UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. REILLY, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1709 AC P<br><br><br>ORDER |

　　Plaintiff, a state prisoner, has filed motions to appoint counsel and for a settlement conference. ECF Nos. 170, 171. This case has already been referred for a settlement conference and plaintiff has been appointed limited-purpose counsel to assist him with preparing for and participating in the settlement conference. ECF Nos. 168, 169.

　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to appoint counsel and for a settlement conference (ECF Nos. 170, 171) are DENIED as moot.

DATED: February 27, 2024

　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1