UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CHEROKEE BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>A. REILLY, et al.,<br><br>        Defendants. | No.  2:20-cv-1709 AC P<br><br><br>ORDER |

On March 12, 2024, a settlement conference was held in this case and the case was settled. ECF No. 180.  Plaintiff has now filed a motion requesting his settlement proceeds be sent to him because it has been more than six months since the agreement was made.  ECF No. 184.  Plaintiff was advised that it can take up to 180 days for settlement proceeds to be processed, and defendants therefore have until at least September 8, 2024,[1] to pay plaintiff the agreed upon funds.  Because defendants' deadline for providing plaintiff with his settlement proceeds has not yet passed, the motion will be denied without prejudice to renewal if the deadline passes without defendants' making the agreed upon payment.

////

---

[1] This deadline has been calculated based on the date of the settlement agreement.  Plaintiff was advised that the 180 days would begin to run after he returned the necessary paperwork, so the actual deadline may be later depending on when plaintiff returned all the necessary paperwork to defendants.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for payment of settlement funds (ECF No. 184) is DENIED without prejudice.

DATED: July 29, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2