1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONNIE CHEROKEE BROWN,                    No.  2:20-cv-1709 AC P

12              Plaintiff,

13         v.                                   ORDER

14    A. REILLY, et al.,

15              Defendants.

16

17         On March 12, 2024, a settlement conference was held in this case and the case settled.

18    ECF No. 180.  Plaintiff has now filed a second motion requesting his settlement proceeds be sent

19    to him because it has been more than six months since the agreement was made.  ECF No. 186.

20    Plaintiff was advised that it can take up to 180 days for settlement proceeds to be processed, and

21    defendants therefore had until at least September 8, 2024,[1] to pay plaintiff the agreed upon funds.

22    Plaintiff's motion was received by the court on August 15, 2024.  Because defendants' deadline

23    for providing plaintiff with his settlement proceeds had not yet passed when the motion was filed,

24    the motion will be denied without prejudice to renewal in the event plaintiff has still not received

25    the agreed upon payment.

26    _____

27    [1]  This deadline has been calculated based on the date of the settlement agreement.  Plaintiff was
      advised that the 180 days would begin to run after he returned the necessary paperwork, so the
28    actual deadline may be later depending on when plaintiff returned all the necessary paperwork to
      defendants.

                                                   1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for payment of

2    settlement funds (ECF No. 186) is DENIED without prejudice.

3    DATED: March 6, 2025

4    _____

5    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE